JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>IWF HOTEL HERMOSA LP,<br><br>Defendant. | Case No: 2:24-cv-00353-MWF(JCx)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE** |

The Court has reviewed the parties' Joint Motion to Dismiss with Prejudice, filed April 17, 2024. (Docket No. 23). For good cause shown, IT IS ORDERED that the above case is DISMISSED with prejudice, with each party to bear her/its own attorneys' fees, costs and expenses.

Dated: April 17, 2024

MICHAEL W. FITZGERALD
United States District Judge